IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10876
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JESUS HECTOR VILLAREAL-PALOS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:99-CR-29-1-C
- - - - - - - - - -
February 16, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jesus Hector Villareal-Palos appeals from his guilty-plea conviction for illegal reentry following deportation in violation of 8 U.S.C. § 1326.  Villareal-Palos contends that the district court erred in denying his motion to suppress evidence of his prior deportation because his prior deportation proceedings violated his right to due process.  He concedes that the only issue raised in this appeal is foreclosed by our decision in United States v. Benitez-Villafuerte, 186 F.3d 651, 656-60 (5th Cir. 1999), cert. denied, 2000 WL 12518 (U.S. Jan. 10, 2000)(No.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

99-7193).  The decision of the district court therefore is

AFFIRMED.